FILE COPY

No. 07-15-00305-CV

| | | |
|---|---|---|
| In re Edward Jaycox, Relator | § | Original Proceeding |
| | § | October 26, 2015 |
| | § | Opinion by Justice Hancock |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated October 26, 2015, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is dismissed.

o O o